IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

T.J., on behalf of their minor child, T.J.,

     Plaintiff,

 vs.                                  No. 13-00741 RB-WPL

ESPANOLA MUNICIPAL SCHOOL
DISTRICT, JANETTE ARCHULETA and
MARTHA FERNANDEZ,

     Defendants.

                        Consolidated with

BILLY JONES,

     Plaintiff,

 vs.                                  No. 13-1250 MV-RHS

CHILDREN, YOUTH AND FAMILIES
DEPARTMENT,

     Defendant.

## ORDER CONSOLIDATING ACTIONS

THIS MATTER came before the Court on the unopposed Motion of Defendant, Fernandez, for the consolidation of this action with the case styled *Jones v. Children, Youth & Families Department,* USDC 13-CV-01250-MV/RHS. The Court, having reviewed the Motion, pleadings, and being otherwise fully advised in the premises FINDS that the Motion is well taken and the relief requested should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be and hereby is consolidated for all purposes with *Jones v. Children, Youth & Families Department,* USDC 13-CV-01250-MV/RHS under the above case style.

_____
ROBERT C. BRACK
U. S. District Judge

SUBMITTED:

HATCHER & TEBO, P.A.


BY: */s/ Scott P. Hatcher*
       Scott P. Hatcher, Esq.
       150 Washington Ave., Suite 204
       Santa Fe, NM  87501
       (505) 983-6525
       Attorney for Defendant Martha Fernandez

NARVAEZ LAW FIRM, P.A.


BY: *2/18/14 approved by email*
       Bryan C. Garcia, Esq.
       Carlos E Sedillo, Esq.
       Post Office Box 25967
       Albuquerque, NM 87125
       505-248-0500
       Attorney for Defendants Espanola Municipal
       School District and Janette Archuleta


KENNEDY LAW FIRM


BY: *3/14/14 Approved by email*
       Joseph P. Kennedy, Esq.
       1000 Second Street, N.W.
       Albuquerque, NM 87102
       505-244-1400

       Shannon L Kennedy
       Kennedy & Oliver PC
       1000 2nd Street NW
       Albuquerque, NM 87102
       505-244-1400

       Attorneys for Plaintiffs