IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BILLY JONES,

    Plaintiff,

vs.                                      No. 13-CV-1250 RB/WPL

CHILDREN YOUTH AND FAMILIES DEPARTMENT,

    Defendants.

**PLAINTIFF'S NOTICE OF AGREED TO EXTENSION FOR DEFENDANT TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS [Doc. # 11]**

Plaintiff hereby notifies the Court and Counsel that the parties have agreed to an extension of April 17, 2014 for Defendant CYFD to reply to Plaintiff's Response to Defendant's Motion to Dismiss [Doc. 11].

                                      Respectfully Submitted,

                                      **KENNEDY LAW FIRM**

                                      */s/ Joseph P. Kennedy*
                                      Joseph P. Kennedy
                                      Shannon L. Kennedy
                                      Attorneys for Plaintiff
                                      1000 Second Street NW
                                      Albuquerque, New Mexico 87102
                                      (505) 244-1400 Fax (505) 244-1406

      I hereby certify that I served the above pleading on all parties by electronically filing it with the CM/ECF system this 8$^h$ day of April, 2014.

*/s/ Joseph P. Kennedy*
Joseph P. Kennedy