IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

T.J., on behalf of their minor child, T.J.,

    Plaintiff,

vs.                                    No. 13-00741 RB-WPL

ESPANOLA MUNICIPAL SCHOOL
DISTRICT, JANETTE ARCHULETA and
MARTHA FERNANDEZ,

    Defendants.

Consolidated with

BILLY JONES,

    Plaintiff,

vs.                                    No. 13-1250 MV-RHS

CHILDREN, YOUTH AND FAMILIES
DEPARTMENT,

    Defendant.

## **NOTICE OF COMPLETION OF BRIEFING**

**COMES NOW** Defendant and notifies the Court and counsel that all briefs relative to Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(B)(6) have been filed as of April 21, 2014, as follows:

1. Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(B)(6) filed February 28, 2014, as Doc. No. 8;

2. Plaintiff's Response to Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(B)(6) filed March 24, 2014, as Doc. No. 11; and

3. Reply in Support of Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(B)(6) filed April 21, 2014, as Doc. No. 15.

This matter is ready for decision.

HATCHER & TEBO, P.A.

                                        */s/ Scott P. Hatcher*
                             By:_____
                                    Scott P. Hatcher, Esq.
                                    150 Washington Ave., Suite 204
                                    Santa Fe, NM  87501
                                    (505) 983-6525
                                    *Attorney for Defendants*


                            CERTIFICATE OF MAILING

The undersigned hereby certifies he transmitted a true and accurate copy of the foregoing via CM/ECF to:

| | |
|---|---|
| Joseph Kennedy, Esq. | Shannon L. Kennedy, Esq. |
| Shannon Kennedy | Kennedy & Oliver, P.C. |
| 1000 Second Street, N.W. | 1000 Second Street, N.W. |
| Albuquerque, NM 87102 | Albuquerque, NM 87102 |

Bryan C. Garcia, Esq.
Carlos Sedillo, Esq.
Narvaez Law Firm, P.A.
P. O. Box 25967
Albuquerque, NM  87125

on this 2nd day of May, 2014.

    */s/ Scott P. Hatcher*
Scott P. Hatcher, Esq.