IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

T.J., on behalf of their minor child, T.J.,

    Plaintiff,

vs.                                                                     No. 13-00741 RB-WPL

ESPANOLA MUNICIPAL SCHOOL
DISTRICT, JANETTE ARCHULETA and
MARTHA FERNANDEZ,

    Defendants.

Consolidated with

BILLY JONES,

    Plaintiff,

vs.                                                                     No. 13-1250 MV-RHS

CHILDREN, YOUTH AND FAMILIES
DEPARTMENT,

    Defendant.

## **DEFENDANT'S NOTICE OF AGREED TO EXTENSION FOR DEFENDANT TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS (DOC. 8).**

Defendant hereby notifies the Court and Counsel that the parties have agreed to an extension of April 21, 2104 for Defendant Children, Youth & Families Department to Reply to Plaintiff's Response (Doc. 11) to Defendant's Motion to Dismiss (Doc. 8).

HATCHER & TEBO, P.A.

By: */s/ Scott P. Hatcher*
  Scott P. Hatcher, Esq.
  150 Washington Ave., Suite 204
  Santa Fe, NM   87501
  (505) 983-6525
  *Attorney for Defendants*

## CERTIFICATE OF MAILING

The undersigned hereby certifies he transmitted a true and accurate copy of the foregoing via CM/ECF to:

| | |
|---|---|
| Joseph Kennedy, Esq. | Shannon L. Kennedy, Esq. |
| Shannon Kennedy | Kennedy & Oliver, P.C. |
| 1000 Second Street, N.W. | 1000 Second Street, N.W. |
| Albuquerque, NM  87102 | Albuquerque, NM  87102 |

Bryan C. Garcia, Esq.
Carlos Sedillo, Esq.
Narvaez Law Firm, P.A.
P. O. Box 25967
Albuquerque, NM   87125

on this 2nd day of May, 2014.

  */s/ Scott P. Hatcher*
Scott P. Hatcher, Esq.